944 A.2d 754

**Ex Rel John SINGLETON**

**v.**

**Sylvester JOHNSON, Police Commissioner, Philadelphia Police Department**

**Appeal of: John Singleton.**

Supreme Court of Pennsylvania.

Argued April 15, 2008.

Decided April 18, 2008.

Lester Roy Zipris, Esq., Ellen T. Greenlee, Esq., Karl Baker, Esq., Defender Association of Philadelphia, Philadelphia, for John Singleton.

Hugh J. Burns, Jr., Esq., Priya M. Travassos, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

468

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, and MCCAFFERY, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**